**Dismissed and Memorandum Opinion filed May 31, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00332-CR
NO. 14-12-00334-CR

_____

**AUSTIN TAYLOR PROFFITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause Nos. 1242691 & 1331433**

## MEMORANDUM   OPINION

Appellant was convicted of burglary of a habitation and theft.   In accordance with the terms of plea bargain agreements with the State, the trial court sentenced appellant on the burglary conviction to confinement for four years in the Institutional Division of the Texas Department of Criminal Justice.   On the theft conviction, the trial court sentenced appellant to nine months in the State Jail Division of the Texas Department of Criminal Justice.   Appellant filed pro se notices of appeal.   We dismiss the appeals.

The trial court entered certifications of the defendant's right to appeal in which the court certified that these are plea bargain cases, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b)